**1**

**Joseph P. ROMA, Plaintiff In ·Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 20, 1926.)

No. 7184.

In Error to the District Court of the United States for the District of Colorado.

Joseph P. Roma, pro se.
George Stephan, U. S. Atty., and Ivor O. Wingren, Asst. U. S. Atty., both of Denver, Colo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**2**

**Henry L. SCHWARTZ, Plaintiff In Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. February 21, 1927.)

No. 246.

In Error to the District Court of the United States for the Southern District of New York.

Writ of error to judgment of conviction entered in the District Court for the Southern District of New York.

H. W. Leavy, of New York City, for plaintiff in error.
Emory R. Buckner, U. S. Atty., of New York City (James O. Murdock, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**3**

**Ben SHEDLE, Appellant, v. Charles W. JOURNEY, Trustee, etc., Appellee.**

(Circuit Court of Appeals, Eighth Circuit. December 8, 1926.)

No. 7377.

Appeal from the District Court of the United States for the Western District of Missouri.

John D. Bohling and W. H. Bohling, both of Sedalia, Mo., for appellant.
L. O. Schaumburg, of Boonville, Mo., for appellee.

PER CURIAM. Appeal dismissed, on motion of appellant, without costs to either party in this court.

---

**4**

**SISSON LAND, IRRIGATION & DEVELOPMENT CO., Plaintiff in Error, v. ATCHISON, TOPEKA & SANTA FÉ RAILWAY CO., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 24, 1926.)

No. 7461.

In Error to the District Court of the United States for the District of Colorado.

George A. Carlson, of Denver, Colo., for plaintiff in error.
Erl H. Ellis, of Denver, Colo., and Bruce W. Sanborn, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, at costs of plaintiff in error, on motion of defendant in error, under rule 16.

---

**5**

**Ed SKELTON, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7597.

In Error to the District Court of the United States for the Western District of Oklahoma.

F. H. Reily, of Shawnee, Okl., for plaintiff in error.
Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16.